UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN VALVO,

                Plaintiff,

  -v-                                        6:13-CV-763
                                          (DNH/ATB)

CAROLYN W. COLVIN, Commissioner of
Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

OFFICE OF PETER W. ANTONOWICZ      PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
148 West Dominick Street
Rome, NY 13440

OFFICE OF GENERAL COUNSEL            PETER W. JEWETT, ESQ.
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff John Valvo filed this action seeking judicial review of a final decision of the

Commissioner of Social Security denying his application for supplemental security income

benefits under the Social Security Act. By Report-Recommendation dated June 25, 2014,

the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the Commissioner's decision denying plaintiff benefits be affirmed and the complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision denying plaintiff benefits is AFFIRMED; and

2. The complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 17, 2014
       Utica, New York.